ANNA K. GILMAN, Executrix, etc., Appellant, *v.* THEOPHILUS GILMAN, Respondent.

(Argued September 27, 1875; decided October 5, 1875.)

*E. C. Benedict* for the appellant.

*Charles E. Whitehead* for the respondent.

Affirmed on opinion of General Term.

All concur.

Order affirmed.

---

JANET A. LATHROP, Executrix, etc., Appellant, *v.* ROBERT DUNLOP et al., Respondents.

(Argued September 27, 1875; decided October 5, 1875.)

*G. L. Stedman* for the appellant.

*Amasa J. Parker* for the respondents.

Agree to affirm.   No opinion.

All concur.

Judgment affirmed.